IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOE N. JONES,                          )
                                       )
          Plaintiff,                   )
                                       )
          v.                           )   Civil Action No. 08-261-GMS
                                       )
MICHAEL J. ASTRUE,                     )
*Commissioner of Social*               )
*Security*,                            )
                                       )
          Defendant.                   )

**ORDER**

At Wilmington this 16ᵗʰ day of _May_____, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

```
 FILED

 MAY 1 6 2008

 U.S. DISTRICT COURT
 DISTRICT OF DELAWARE
```